**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

In the Matter of the Petition of Fred Cohu as Owner of the Vessel GINGER LEE, Oregon Hull Identification No. HMH0032M79C, for Exoneration from and/or Limitation of Liability.

Case No. 2:26-cv-1343-HL

**ORDER ADOPTING FINDINGS AND RECOMMENDATION**

**Michael H. Simon, District Judge.**

United States Magistrate Judge Andrew Hallman issued Findings and Recommendation in this case on October 9, 2026. Judge Hallman recommended that this Court grant Petitioner's Motion for Default Judgment and enter a partial judgment in this case. No objections were filed.

Under the Federal Magistrates Act ("Act"), the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party objects to a magistrate judge's findings and recommendations, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If no party objects, the Act does not prescribe any standard of review. *See Thomas v. Arn*, 474 U.S. 140, 152 (1985) ("There is no indication that Congress, in enacting [the Act], intended to require a district judge to review a magistrate's report to which no objections are filed."); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding that the court must review *de novo* magistrate judge's findings and recommendations if objection is made, "but not otherwise").

Although review is not required in the absence of objections, the Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate judge's findings and recommendations for "clear error on the face of the record."

No party having made objections, the Court follows the recommendation of the Advisory Committee and reviews the Findings and Recommendation for clear error on the face of the record. No such error is apparent.

The Court ADOPTS Judge Hallman's Findings and Recommendation, ECF 26. The Court GRANTS Petitioner's Motion for Entry of Final Default Judgment Against All Potential Claimants Who Have Not Appeared. ECF 21. The Court will enter partial judgment as follows:

> Petitioner Fred Cohu, as owner of the vessel GINGER LEE, Oregon Hull Identification No. HMH0032M79C, is fully exonerated from liability as against all persons and entities, known or unknown, who may have claims for losses, damages, or injuries arising out of, resulting from, or in any manner connected with the January 19, 2026, fire at the Umatilla Marina involving the GINGER LEE, but who failed to timely file and serve a claim or otherwise appear in this action and against whom default was entered on September 11, 2026, ECF 20.
>
> This judgment does not apply to the City of Umatilla or CityCounty Insurance Services, does not adjudicate their claims or Petitioner's defenses to those claims, and does not terminate this action. Their claims remain pending.

**IT IS SO ORDERED.**

DATED this 29th day of October, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge